UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JASON R. SEARCY, TRUSTEE FOR THE BANKRUPTCY ESTATE OF PINTO PONY COOKIE FACTORY, LLC <br> Plaintiff, <br><br> vs. <br><br> STATE AUTOMOBILE MUTUAL INSURANCE COMPANY <br> Defendant. | § § § § § § § § § § § § | 9:16-cv-00149 <br> Civil Action Number <br><br> Jury |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jason R. Searcy, Trustee for the Bankruptcy Estate of Pinto Pony Cookie Factory, LLC, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Automobile Mutual Insurance Company, with prejudice at the cost of the party incurring the same.

Respectfully submitted,

GUIDRY, BATES & HOYT ATTORNEYS, LLP

Jeff Bates
Attorney-In-Charge
State Bar No. 01905200
118 E. Hospital Street, Suite 100
Nacogdoches, Texas 75961
Tel: 936/560-6954
Fax: 936/560-5996
Email: bates@gbhattorneys.com

**ATTORNEY FOR PLAINTIFF,**

JASON R. SEARCY, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF PINTO PONY
COOKIE FACTORY, LLC

BROWN DEAN PROCTOR & HOWELL LLP

/s/ Sterling Elza
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia A. Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Tel: 817/332-1391
Fax: 817/870-2427
Email: selza@browndean.com
amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument will be sent to the counsel of record by electronic service.

/s/ Sterling Elza
Sterling Elza